# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

GANOS COMPANY, INC.,
                        Plaintiffs,

        v.                                          Case No.  07-CV-686

CITY OF MILWAUKEE,
                        Defendant.

## ORDER RETURNING CASE

On November 13, 2007, a settlement conference was conducted in this action.  The mediation resulted in agreement of the parties to settle the case.  The agreement is subject to the approval of the Milwaukee Common Council, with an anticipated time for decision on or around early 2008.

Accordingly, this action is referred back to the Honorable Lynn Adelman with a request that further proceedings be held in abeyance in order to facilitate the settlement process.

Dated at Milwaukee, Wisconsin, this 15th day of November, 2007.

                                BY THE COURT:

                                s/AARON E. GOODSTEIN
                                United States Magistrate Judge